THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL JOSEFFY, Appellant, against COMMISSIONER OF CORRECTION OF THE CITY OF NEW YORK et al., Respondents.— Relator appeals from an order dismissing a writ of habeas corpus, which had been issued to test the sufficiency of an information, filed in the New York City Magistrate's Court, charging him with the crime of grand larceny. Order affirmed. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

RECTOR HOMES, INC., Respondent, v. JERRY WALENTA et al., Defendants, and SAMUEL D. SMOLEFF et al., Appellants.— Action to restrain alleged violations of covenants in lease agreements, to prevent interference with the business of plaintiff in selling dwelling houses, and for other relief. Orders denying defendants' motions to dismiss the complaint and the four causes of action alleged therein as insufficient, affirmed, with one bill of $10 costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

ETHEL REDMOND et al., Appellants, v. STATEN ISLAND COACH CO., INC., Respondent.— On settlement of proposed case on appeal to be reviewed by means of a bill of exceptions, order, as resettled, granting amendments proposed by defendant, modified on the facts by denying the proposed second amendment. As so modified, the order is affirmed, without costs. Proof with respect to the nature of the alleged negligence of defendant is essential in order to determine the standard of care which was imposed upon it. In the light of the failure of the parties to agree, save with respect to elimination of medical proof, all other proof must be included for consideration. Plaintiffs may apply, if so advised, for leave to dispense with the printing of the stenographic minutes. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

CLARA ROTHMAN, as Administratrix of the Estate of JACOB ROTHMAN, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries suffered by plaintiff's decedent as a consequence of being struck by a trolley car owned and operated by the defendant. Judgment for the plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. The examination before the Comptroller, pursuant to section 93d–1.0 of the Administrative Code of the City of New York, was properly received in evidence where the claimant died before the trial of his action. (5 Wigmore on Evidence [3d ed.], § 1402; 2 Chamberlayne, Modern Law of Evidence, § 1660; *Jackson ex dem. Potter* v. *Bailey*, 2 Johns. 17; *Cox* v. *Trustees of Pearce*, 7 Johns. 298; *Boschi* v. *City of New York*, 187 Misc. 875, 877.) Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.